IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PAC RE 5-AT, a protected cell of PACIFIC RE, INC., a Montana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMTRUST NORTH AMERICA, INC., a Delaware corporation; and TECHNOLOGY INSURANCE COMPANY, INC., a New Hampshire corporation,<br><br>Defendants-Counterclaim-Plaintiffs,<br><br>vs.<br><br>PACIFIC RE, INC., a Montana corporation,<br><br>Counterclaim-Defendant. | CV-14-131-BLG-CSO<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  <u> X </u>  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Plaintiff's and Counterclaim Defendant's Motion for Summary Judgment is DENIED

and Defendants/Counterclaimants' Motion for Summary Judgment is GRANTED to the extent that this Court declares that Pacific Re, Inc. is properly a party named in the Defendants' Demand for Arbitration commenced pursuant to the SIS Captive Reinsurance Agreement..

Dated this 14th day of May, 2015.

                TYLER P. GILMAN, CLERK

                By: /s/ Judith Harris
                Judith Harris, Deputy Clerk